# Exhibit F

The most comprehensive computer reference available! More than 10,000 definitions and explanations, including 5,000 new or revised terms. Covers every topic imaginable—from laptop to mainframe, microchip to the World Wide Web. Ideal for beginners, power users, or computer professionals.

**FREE CD-ROM FOR WINDOWS VERSION INCLUDED INSIDE!**

# The Computer Desktop Encyclopedia

**SECOND EDITION**

This book is available at a special discount when ordered in bulk quantities. For information, contact Special Sales Department, AMACOM, an imprint of AMA Publications, a division of American Management Association, 1601 Broadway, New York, NY 10019.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional service. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

Library of Congress Cataloging-in-Publication Data

Freedman, Alan
Computer desktop encyclopedia / Alan Freedman. -- 2nd ed.
p. cm.
ISBN 0-8144-7985-5
1. Computers--Dictionaries. I. Title.
QA76.15.F732 1999
004'.03--dc21

98-32408
CIP

© 1999 The Computer Language Company Inc.
Point Pleasant, PA 18950, USA.
All rights reserved.
Printed in the United States of America.

The publication may not be reproduced, stored in a retrieval system, or transmitted in whole or in part, in any form or by an means, electronic, mechanical, photocopying, recording, or othewise, without the prior written permission of AMACOM, an imprint of AMA Publications, a division of American Management Association, 1601 Broadway, New York, NY 10019.

## base alignment

The alignment of a variety of font sizes on a baseline.

## baseband

A communications technique in which digital signals are placed onto the transmission line without change in modulation. It is usually limited to a few miles and does not require the complex modems used in broadband transmission. Common baseband LAN techniques are token passing ring (Token Ring) and CSMA/CD (Ethernet).

In baseband, the full bandwidth of the channel is used, and simultaneous transmission of multiple sets of data is accomplished by interleaving pulses using TDM (time division multiplexing). Contrast with *broadband* transmission, which transmits data, voice and video simultaneously by modulating each signal onto a different frequency, using FDM (frequency division multiplexing).

BASEBAND & BROADBAND (TDM & FDM)




## base/displacement

A machine architecture that runs programs no matter where they reside in memory. Addresses in a machine language program are displacement addresses, which are relative to the beginning of the program. At runtime, the hardware adds the address of the current first byte of the program (base address) to each displacement address and derives an absolute address for execution.

All modern computers use some form of base/displacement or offset mechanism in order to to run multiple programs in memory at the same time.

## base font

The default font used for printing if none other is specified.

## baseline

The horizontal line to which the bottoms of lowercase characters (without descenders) are aligned. See *typeface*.

## baselining tool

A network monitor that analyzes communications usage in order to establish routine traffic patterns.

## base station

An earth-based transmitting and receiving station for cellular phones, paging services and other wireless transmission systems. See *earth station*.

## BASIC

(Beginners All purpose Symbolic Instruction Code) A programming language developed by John Kemeny and Thomas Kurtz in the mid 1960s at Dartmouth College. Originally developed as an interactive, mainframe timesharing language, it has become widely used on small computers.

BASIC is available in both compiler and interpreter form. As an interpreter, the language is conversational and can be debugged a line at a time. BASIC is also used as a quick calculator.

BASIC is considered one of the easiest programming languages to learn. Simple programs can be quickly written on the fly. However, BASIC is not a structured language, such as Pascal, dBASE or C, and it's easy to write spaghetti code that's difficult to decipher later.

The following BASIC example converts Fahrenheit to Celsius:

```
10 INPUT "Enter Fahrenheit "; FAHR
20 PRINT "Celsius is ", (FAHR-32) * 5 / 9
```

**compound document**
A single document that contains a combination of data structures such as text, graphics, spreadsheets, sound and video clips. The document may embed the additional data types or reference external files by pointers of some kind. SGML and HTML are examples of compound document formats.
OLE and OpenDoc are examples of compound document architectures. They allow the user to edit each of the data objects by automatically calling in the application that created them.

**compress**
To compact data to save space. See *data compression.*

**compression ratio**
The measurement of compressed data. For example, a file compressed into 1/4th of its original size can be expressed as 4:1, 25%, 75% or 2 bits per byte. See *data compression.*

**compression utility**
A program such as PKZIP that compresses and decompresses files. See *data compression.*

**compressor**
(1) A device that diminishes the range between the strongest and weakest transmission signals. See *compandor.*
(2) A routine or program that compresses data. See *data compression.*

**Compsurf**
A NetWare utility that performs a high-level hard disk format. NetWare servers require their own proprietary format.

**CompTIA**
(Computing Technology Industry Association, Lombard, IL, www.comptia.org) Formerly ABCD:The Microcomputer Industry Association, it is a membership organization of resellers, distributors and manufacturers dedicated to business ethics and professionalism, founded in 1982. It sets voluntary guidelines and is involved with many issues including product returns, frieght and warranty claims and price protection.
CompTIA also provides certification for computer service technicians, known as A+, as well as for document imaging professionals with the Certified Document Imaging Architech (CDIA). Tests are administered worldwide. P.S. Architech is not a typo!

**CompuServe**
An online information service that provides access to the Internet, e-mail and a variety of databases. Access is via CompuServe's software, which is available for Windows and the Mac. Founded in 1980, CompuServe is one of the oldest online services. It developed the GIF graphics format, which is now widely used on the Internet. SPRYNET is CompuServe's Internet-only service. In 1998, CompuServe was acquired by America Online.
When sending e-mail to a CompuServe customer via the Internet, the comma in the CompuServe account number is turned into a dot; for example, account 71020,1560 becomes **71020.1560@compuserve.com**. See *online services.*

**compute**
To perform mathematical operations or general computer processing. For an explanation of "The 3 C's," or how the computer processes data, see *computer.*

**compute bound**
Same as *process bound.*

**computer**
A general-purpose machine that processes data according to a set of instructions that are stored internally either temporarily or permanently. The computer and all equipment attached to it are called [illegible] what to do are called *software*. A set of instructions that perform a

## DASD

(Direct Access Storage Device) Pronounced "dazdee." A peripheral device that is directly addressable, such as a disk or drum. The term is used in the mainframe world.

## Dashboard

A Windows utility from Starfish Software, Scotts Valley, CA, (www.starfishsoftware.com), that provides a centralized control panel for launching applications, finding files and viewing system resources. Dashboard was originally developed by HP, then acquired by Borland.

## DAT

(1) (Digital Audio Tape) A magnetic tape technology used for backing up data. DAT uses 4mm cartridges that look like thick audio cassettes and conform to the DDS (Digital Data Storage) standard. DAT tape libraries hold from a handful to several hundred cassettes. DAT was initially a CD-quality audio format. It was thought to replace analog audiotapes for consumers, but wound up being used by professional musicians and sound studios. In 1988, Sony and HP defined the DDS format and quality level for computer storage. Like videotapes, DAT uses helical scan recording. For a summary of all storage technologies, see *storage*.

| Type | Native capacity |
|---|---|
| DDS-1 | 2GB |
| DDS-2 | 4GB |
| DDS-3 | 12GB |



**DAT Cartridge**
DAT provides from one to 12GB of storage in a cartridge that is a little thicker, but smaller overall than an audio cassette.

(2) (Dynamic Address Translator) A hardware circuit that converts a virtual memory address into a real address.

## data

(1) Technically, raw facts and figures, such as orders and payments, which are processed into information, such as balance due and quantity on hand. However, in common usage, the terms data and information are used synonymously.

The amount of data versus information kept in the computer is a tradeoff. Data can be processed into different forms of information, but it takes time to sort and sum transactions. Up-to-date information can provide instant answers.

A common misconception is that software is also data. Software is executed, or run, by the computer. Data is "processed." Software is "run."

(2) Any form of information whether in paper or electronic form. In electronic form, data refers to files and databases, text documents, images and digitally-encoded voice and video.

(3) The plural form of datum.

## data abstraction

See *abstraction*.

## Data Access Language

See *DAL*.

## data acquisition

(1) The automatic collection of data from sensors and readers in a factory, laboratory, medical or scientific environment.

**device**

(1) Any electronic or electromechanical machine or component from a transistor to a disk drive. Device always refers to hardware.

(2) In semiconductor design, it is an active component, such as a transistor or diode, in contrast to a passive component, such as a resistor or capacitor.

**device adapter**

Same as *interface adapter.*

**device address**

See *address* and *I/O address.*

**Device Bay**

A specification from Compaq, Intel and Microsoft for a quick-change peripheral format that enables hard drives, CD-ROM drives and other devices to be easily hot swapped without opening the case. Using the USB and IEEE 1394 FireWire interfaces, it provides three form factors (DB13, DB20 and DB32), which are 13, 20 and 32mm in height. Visit www.device-bay.org. See *USB* and *FireWire.*

**device context**

A data structure in Windows programming that is used to define the attributes of text and images that are output to the screen or printer. The device context (DC) is maintained by GDI. A DC, which is a handle to the structure, is obtained before output is written and released after the elements have been written. See *GDI.*

**device control character**

A communications code that activates a function on a terminal. See *ASCII chart.*

**device dependent**

Refers to programs that address specific hardware features and work with only one type of peripheral device. Contrast with *device independent.* See *machine dependent.*

**device driver**

See *driver.*

**device independent**

Refers to programs that work with a variety of peripheral devices. The hardware-specific instructions are in some other program (OS, DBMS, etc.). Contrast with *device dependent.* See *machine independent.*

**device level**

(1) In circuit design, refers to working with individual transistors rather than complete circuits.

(2) Refers to communicating directly with the hardware at a machine language level.

**device name**

A name assigned to a hardware device that represents its physical address. For example, LPT1 is a DOS device name for the parallel port.

**DFP port**

(Digital Flat Panel port) A digital interface for a flat panel display as specified by the DFP Group (www.dfp-group.com). It uses a 20-pin mini-D ribbon (MDR) connector and TDMS transmission (Transition Minimized Differential Signaling).

The first round of flat panel displays for desktop use have provided the same VGA connector as CRTs. However, flat panels are digital devices, and by staying in the digital domain, the image quality can be improved. There is no need to convert to analog within the PC display adapter only to convert back to digital inside the flat panel. It is expected that flat panels will include both the analog VGA and digital DFP connectors.

**Dfs**

**page**

(1) In virtual memory systems, a segment of the program that is transferred into memory.
(2) In videotex systems, a transmitted frame.
(3) In word processing, a printed page.
(4) On the Web, a single HTML document. See *HTML*.

**page break**

In printing, a code that marks the end of a page. A "hard" page break, inserted by the user, breaks the page at that location. "Soft" page breaks are created by word processing and report programs based on the current page length setting.

**page description language**

A device-independent, high-level language for defining printer output. If an application generates output in a page description language, such as PostScript, the output can be printed on any printer that supports it.

Much of the character and graphics shaping is done within the printer rather than in the user's computer. Instead of downloading an entire font from the computer to the printer, which includes the design of each character, a command to build a particular font is sent, and the printer creates the characters from font outlines. Likewise, a command to draw a circle is sent to the printer rather than sending the actual bits of the circle image.

**page fault**

A virtual memory interrupt that signals that the next instruction or item of data is not in physical memory and must be swapped back in from the disk. If the required page on disk cannot be found, then a page fault error occurs, which means that either the operating system or an application has corrupted the virtual memory. If such an error occurs, the user has to reload the application.

**page frame**

See *EMS*.

**page header**

Common text that is printed at the top of every page. It generally includes the page number and headings above each column.

**page layout program**

A desktop publishing program such as PageMaker and QuarkXPress. See *desktop publishing*.

**PageMaker**

A full-featured desktop publishing program for Windows and Macintosh from Adobe. PageMaker is the de facto standard in the graphics arts industry. It is used to create ads, brochures, newsletters and books of all sizes and kinds. Originally introduced for the Mac in 1985 by Aldus Corporation, it set the standard for desktop publishing. In fact, Paul Brainerd, president of Aldus, coined the term. The PC version was introduced in 1987 for Windows 1.0 and was the first non-Microsoft Windows application.

**page makeup**

Formatting a printed page, which includes the layout of headers, footers, columns, page numbers, graphics, rules and borders.

**PageMill**

Web authoring software for Windows and Macintosh from Adobe. It provides a visual environment for creating Web pages. SiteMill is an additional program that works with PageMill for managing the entire site.

**page mode memory**

The common dynamic RAM chip design. Memory bits are accessed by row and column coordinates. Prior to page mode, each bit was accessed by pulsing the row and column select lines. With page mode, the row is selected only once for all the columns (bits) within the row, resulting in faster access. Page