# Exhibit G

DICTIONARY.COM THESAURUS.COM GRAMMAR COACH MEANINGS | GAMES | LEARN | WRITING | WORD OF THE DAY

obtain

FEEDBACK

Top Definitions Synonyms Quiz Related Content Examples British

# obtain [ *uhb*-**teyn** ] SHOW IPA

See synonyms for: obtain / obtained / obtaining / obtainable on Thesaurus.com

Elementary Level

*verb (used with object)*

1 to come into possession of; get, acquire, or procure, as through an effort or by a request:
*to obtain permission; to obtain a better income.*

2 *Obsolete.* to attain or reach.

*verb (used without object)*

3 to be prevalent, customary, or in vogue; prevail:
*the morals that obtained in Rome.*

4 *Archaic.* to succeed.

## OTHER WORDS FOR OBTAIN

1 gain, achieve, earn, win, attain.

See synonyms for *obtain* on Thesaurus.com

## OPPOSITES FOR OBTAIN

1 lose, forgo.

See antonyms for *obtain* on Thesaurus.com

QUIZ

## CAN YOU ANSWER THESE COMMON GRAMMAR DEBATES?

There are grammar debates that never die; and the ones highlighted in the questions in this quiz are sure to rile everyone up once again. Do you know how to answer the questions that cause some of the greatest grammar debates?

QUESTION 1 OF 7

Which sentence is correct?

His boss, whom he admires, is waiting to meet with him about the big project.

His boss, who he admires, is waiting to meet with him about the big project.

TAKE THE QUIZ TO FIND OUT




## ORIGIN OF OBTAIN

1375–1425; late Middle English *obteinen,* from Middle French *obtenir,* from Latin *obtinēre* "to take hold of," equivalent to *ob-* ob- + *-tinēre* (combining form of *tenēre* "to hold")

## SYNONYM STUDY FOR OBTAIN

**1**. See get.

## OTHER WORDS FROM OBTAIN

**ob·tain·a·ble,** adjective
**ob·tain·a·bil·i·ty,** noun
**ob·tain·er,** noun
**ob·tain·ment,** noun

SEE MORE RELATED FORMS

WORDS NEARBY OBTAIN

obstruct, obstruction, obstructionist, obstructive, obstruent, obtain, obtaining by deception, obtect, obtemper, obtest, obtrude

DICTIONARY.COM UNABRIDGED
BASED ON THE RANDOM HOUSE UNABRIDGED DICTIONARY, © RANDOM HOUSE, INC. 2023

WORDS RELATED TO OBTAIN

access, achieve, attain, collect, earn, gain, gather, glean, have, pick up, procure, purchase, reach, realize, reap, receive, recover, retrieve, secure, seize

HOW TO USE OBTAIN IN A SENTENCE

Many schools were created in churches because *obtain*ing funding to build separate structures was difficult.
MY GREAT-GRANDMOTHER IDA B. WELLS LEFT A LEGACY OF ACTIVISM IN EDUCATION. WE NEED THAT NOW. | MICHELLE DUSTER | FEBRUARY 11, 2021 | WASHINGTON POST

The disconnect disproportionately affects low-income Americans and people of color, further depriving them of access to the tools they need to *obtain* financial help, find jobs and otherwise participate in digital life.
LACKING A LIFELINE: HOW A FEDERAL EFFORT TO HELP LOW-INCOME AMERICANS PAY THEIR PHONE BILLS FAILED AMID THE PANDEMIC | TONY ROMM | FEBRUARY 9, 2021 | WASHINGTON POST

In addition, since the contracts we analyzed and reviewed consisted only of those we could *obtain* from the PERC website, they may not be representative of all contracts in New Jersey.
HOW WE FOUND PRICEY PROVISIONS IN NEW JERSEY POLICE CONTRACTS | BY AGNES CHANG, JEFF KAO AND AGNEL PHILIP, PROPUBLICA, AND ANDREW FORD, ASBURY PARK PRESS | FEBRUARY 8, 2021 | PROPUBLICA

They stand about eight feet apart, according to the video, which was *obtain*ed by The Washington Post.
VIDEO SHOWS FATAL SHOOTING OF MAN BY MONTGOMERY COUNTY SHERIFF'S DEPUTY | IAN DUNCAN, DAN MORSE | FEBRUARY 8, 2021 | WASHINGTON POST

SEE MORE EXAMPLES

BRITISH DICTIONARY DEFINITIONS FOR OBTAIN

# obtain / (əbˈteɪn) /

*verb*

1 *(tr)* to gain possession of; acquire; get
2 *(intr)* to be customary, valid, or accepted: *a new law obtains in this case*
3 *(tr) archaic* to arrive at
4 *(intr) archaic* to win a victory; succeed

DERIVED FORMS OF OBTAIN

**obtainable**, adjective
**obtainability**, noun
**obtainer**, noun
**obtainment**, noun

WORD ORIGIN FOR OBTAIN

C15: via Old French from Latin *obtinēre* to take hold of, from *ob-* (intensive) + *tenēre* to hold

COLLINS ENGLISH DICTIONARY - COMPLETE & UNABRIDGED 2012 DIGITAL EDITION
© WILLIAM COLLINS SONS & CO. LTD. 1979, 1986 © HARPERCOLLINS
PUBLISHERS 1998, 2000, 2003, 2005, 2006, 2007, 2009, 2012

WORD OF THE DAY
**consanguineous**
*adjective* | [kon-sang-**gwin**-ee-*uh*s ]
SEE DEFINITION