# Exhibit H

# The Britannica Dictionary

cause

## cause

6 ENTRIES FOUND:

**cause** (noun)
**cause** (verb)
**'cause** (conjunction)

### [1] cause /ˈkɑːz/ *noun*

*plural* **causes**

**Britannica Dictionary definition of CAUSE**

**1** [count] **:** something or someone that produces an effect, result, or condition **:** something or someone that makes something happen or exist

- His symptoms had no apparent physical *causes*.
- She is the *cause* of all their problems.
- He died of/from **natural causes**. [=he died because of old age or an illness]

— often + *of*

- The doctor determined the *cause of* death.
- The exact *cause of* the accident/fire is not known.

**2 :** a reason for doing or feeling something

[noncount]

- The medicine was prescribed without good *cause*.

— often + *for*

- There is some *cause for* concern. [=some reason to be concerned/worried]

[singular]

- Their marriage was a *cause for* celebration.

— see also PROBABLE CAUSE

**3** [count] **:** something (such as an organization, belief, idea, or goal) that a group or people support or fight for

- I can support a *cause* that means something to me.
- I'm willing to donate money as long as it's for a good/worthy *cause*.

**lost cause**

**:** a person or thing that is certain to fail

- She decided her acting career was a *lost cause*.
- I'm a *lost cause* when it comes to anything technical.

**make/find common cause** *formal*

**:** to join together with someone in order to achieve a shared goal

- He has *made common cause* with political rivals to defeat the proposed new law.

### [2] cause /ˈkɑːz/ *verb*

**causes**; **caused**; **causing**

**Britannica Dictionary definition of CAUSE**

**ASK THE EDITOR**

What is the difference between *have got* and *have gotten*?
See the answer »

**QUIZZES**

**Vocabulary Quiz**
Test your word power
Take the Quiz »

**Name That Thing**
Take our visual quiz
Test Your Knowledge »

**WORD OF THE DAY**



**engulf**
: to flow over and cover
Learn More »



CMS003746

[+ object]

**1 :** to make (something) happen or exist **:** to be the cause of (something)

- He swerved and *caused* an accident.
- The flood *caused* great hardship.
- The illness is *caused* by a virus.

**2 :** to make (someone) feel, have, or do something

- The flood *caused* the town great hardship.
- You *caused* us a lot of extra work.

— often followed by *to* + *verb*

- His boss *caused* him *to resign*. [=his boss made him resign]
- His nervous behavior *caused* me *to question* his innocence.



© 2023 Encyclopædia Britannica, Inc.