# Exhibit I


Webster's
Third New
International
Dictionary
UNABRIDGED

**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
p. cm.
ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X (carrying case).—ISBN 0-87779-206-2 (imperial buckram).
1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster, Inc.
PE1625.W36
423-dc20

**en·clo·sure** *or* **in·clo·sure** \ən'klōzhə(r), en-\ *n* -s [ME *enclosure*, fr. MF, fr. OF, fr. *enclos* + *-ure*] **1 :** the act or action of enclosing: as **a :** the separation of land from common ground by a fence or barrier **b :** separation (as for fire protection) of one part of a building from others **2 :** the quality or state of being encompassed or shut up ⟨books musty and damp from long ~⟩ **3 :** something that encloses (as a barrier) **4 a :** something enclosed in a package or letter ⟨each envelope contained miscellaneous ~*s*⟩ **b :** an enclosed or fenced-in area ⟨a ranch and its outlying ~*s*⟩ **c :** the part of a monastery or convent strictly reserved for the religious of the community to the exclusion of outsiders or of certain outsiders (as those of the opposite sex) **5 :** the regulation that establishes and is designed to preserve the enclosure of a monastery or convent ⟨an order with a very strict ~⟩

**enclosure wall** *n* **:** CURTAIN WALL 2

**en·clothe** \ən, en+\ *vt* ['en- + *clothe*] **:** to cover with or as if with clothing

**en·code** \ən'kōd, en-\ *vt* ['en- + *code*, n.] **:** to transfer (as a body of information) from one system of communication into another ⟨~ chemical data on punched cards⟩; *esp* **:** to convert (a message) into code

**en·code·ment** \-mənt\ *n* -s **:** the process or result of encoding

**en·cod·er** \-də(r)\ *n* **:** one that encodes; *esp* **:** CIPHER MACHINE

**en·coffin** \ən, en+\ *vt* ['en- + *coffin*, n.] **:** to shut up in or as if in a coffin

**en·coi·gnure** \ən'kïnyər, äⁿ'k-, -kȯin-, *F* äⁿkȯnyǖr\ *n* -s [F, fr. MF, corner formed by the junction of two walls, fr. *encoigner* to put into a corner (fr. OF *encoignier*, fr. *en-* 'en- + *coing* corner) + *-ure* — more at COIN] **:** a small piece of furniture (as a cabinet) made to fit into a corner

**en·col·pion** *or* **en·kol·pion** \eŋ'kȯlp,yōn\ *n, pl* **encol·pia** *or* **enkol·pia** \-yə\ [MGk *enkolpion*, fr. Gk, neut. of *enkolpios* in or on the bosom, fr. *en* in + *-kolpios* (fr. *kolpos* bosom) — more at IN, GULF] **:** a medallion bearing a sacred picture that is worn on the breast of a bishop of the Eastern Orthodox Church

**en·co·lure** \,äŋkə'lü(ə)r\ *n* -s [F, neck of an animal, fr. MF, fr. *en* in (fr. L *in*) + *col* neck + *-ure* — more at COL] **:** the mane of a horse

**en·co·men·de·ro** \(,)en,kōmən'de(,)rō, -kām-\ *n* -s [Sp, fr. *encomienda*] **:** the holder of an encomienda

**en·co·mi·ast** \ən'kōmē,ast, en-, -ē,aa(ə)st, -ēəst\ *n* -s [Gk *enkōmiastēs*, fr. *enkōmiazein* to praise, fr. *enkōmion* laudatory ode, eulogy] **:** one that praises **:** PANEGYRIST ⟨he was not a true mystic . . . but rather an ~ of piety —A.J.Arberry⟩

¹**en·co·mi·as·tic** \ən¦==¦astik, (,)en,==¦==, -tēk\ *also* **en·co·mi·as·ti·cal** \-təkəl, -tēk-\ *adj* [*encomiastic* fr. Gk *enkōmiastikos*, fr. *enkōmiastēs* + *-ikos* -ic; *encomiastical* fr. Gk *enkōmiastikos* + E *-al*] **:** of, belonging to, or bestowing praise **:** EULOGISTIC ⟨~ remarks⟩ — **en·co·mi·as·ti·cal·ly** \-tək(ə)-lē, -tēk-, -li\ *adv*

²**encomiastic** \"\ *n* -s *archaic* **:** PANEGYRIC

**en·co·mic** \(')en¦kōmik\ *adj* [²*en-* + *coma* + *-ic*] *of human hair* **:** KINKY, CRINKLED

**en·co·mi·en·da** \(,)en,kōmē'endə, -,kām-; ,enkəm'yen-\ *n* -s [Sp, fr. *encomendar* to entrust, fr. *en-* 'en- (fr. L *in-*) + obs. Sp *comendar* to entrust, fr. L *commendare* — more at COMMEND] **:** an estate of land and the inhabiting Indians formerly granted to Spanish colonists or adventurers in America for purposes of tribute and evangelization — compare REPARTIMIENTO

**en·co·mi·o·log·ic** \ən¦kōmēə¦läjik\ *adj* [LL *encomiologicus*, fr. Gk *enkōmiologikos*, lit., of a laudatory ode, fr. *enkōmion* + *-logikos* -logic] **:** of or having to do with a compound verse in Greek and Latin prosody that is made up of a dactylic penthemimer followed by an iambic penthemimer

**encomion** *n, pl* **encomia** *or* **encomions** [Gk *enkōmion*] *obs* **:** ENCOMIUM

**en·co·mi·um** \ən'kōmēəm, en-\ *n, pl* **encomiums** \-ēəmz\ *or* **enco·mia** \-ēə\ [L, fr. Gk *enkōmion* laudatory ode, fr. *en* in + *-kōmion* (fr. *kōmos* revel, celebration) — more at IN, COMEDY] **:** an often formal expression of warm or high praise **:** EULOGY, PANEGYRIC ⟨an unstinted ~ of a national hero⟩

**en·compass** \ən, en+\ *vt* ['en- + *compass*, n.] **1 a :** to form a circle about **:** ENCIRCLE ⟨with the rising of ~*ing* mountain ranges the Mojave became a cooped-in desert —*Amer. Guide Series: Calif.*⟩ **b** *obs* **:** to make a circuit around **:** go completely around **2 a :** ENVELOP, ENWRAP ⟨a thick fog ~*ed* the building⟩ ⟨have ~*ed* him with every protection —Charles Dickens⟩ **b :** to hem or box in **:** CONFINE ⟨~*ed* by hostile natives⟩ **c :** to bring within **:** INCLUDE, COMPREHEND ⟨in the telling are ~*ed* . . . the philosophy, the traditions, and the ritual beauty of that ancient land —*Saturday Rev.*⟩ **3** *obs* **:** to get the better of **:** OUTWIT **4 :** to bring to completion, fruition, or perfection **:** ACCOMPLISH ⟨a difficult dramatic part few actors can ~⟩ **syn** see SURROUND

**en·com·pass·ment** \"mənt\ *n* -s **1 :** the act or action of encompassing ⟨the president's adroit ~ of each difficulty⟩ **2 :** the quality or state of being encompassed ⟨had a feeling of complete ~ by unfriendly forces⟩

**en·cop·re·sis** \,en(,)kä'prēsəs, ,kə'-\ *n, pl* **encopre·ses** \-ē,sēz\ [NL, fr. *en-* (as in *enuresis*) + *copr-* + *-esis*] **:** involuntary defecation of psychic origin

**en co·quille** \,äⁿkō¦kē\ *adv (or adj)* [F] **:** in the shell — used esp. of oysters baked in their shells

**en·cor·bel·ment** *or* **en·cor·bell·ment** \ən'kȯ(r)bəlmənt, en-\ *n* -s [F *encorbellement*, fr. MF *encorbelement*, fr. *en* in (fr. L *in*) + *corbel* + *-ment* — more at CORBEL] **:** projection of each course of masonry over the one below it

¹**en·core** \'än,kō(ə)r, -ō(ə)r, -ōə, -ō(ə) *sometimes* 'äŋ,k-\ *n* -s *often attrib* [F, still, yet, in addition, prob. fr. (assumed) VL *hinc ad horam*, fr. L *hinc* from here (fr. *hic* this) + *ad* to + *horam* (accus. of *hora* hour) — more at AT, HOUR] **1 :** a request usu. indicative of approbation made by an audience (as by *encouraging* him to utter freely even his most shocking thoughts —Bertrand Russell⟩ INSPIRIT, a rather literary word, indicates imparting of a spirit, esp. one of courageous or optimistic resolution ⟨the marches [of Sousa] were most *inspiriting* . . . and so patriotic —Osbert Sitwell⟩ ⟨an astonishing and *inspiriting* record of what human ingenuity can accomplish —Basil Davenport⟩ CHEER indicates lifting up in spirit, either from a degree of sadness or discouragement or to a degree of courage, optimism, and hope needed to continue or persevere ⟨doctored the sick, *cheered* the downhearted . . . and by sheer force of character made himself their indispensable leader —G.H.Genzmer⟩ HEARTEN suggests imparting new or renewed courage, ardor, energy, and optimism ⟨gifts . . . which both strengthen our resources and *hearten* our endeavors —J.B.Conant⟩ ⟨*heartened* by the arrival of three great soldiers —Kenneth Roberts⟩ EMBOLDEN is likely to suggest overcoming timidity, reticence, or reservation and imparting sufficient boldness for whatever is under consideration ⟨on seeing a carriage drive up to the Abbey, she was *emboldened* to descend and meet him under the protection of visitors —Jane Austen⟩ ⟨the government, *emboldened* by this first victory, now aimed a blow at an enemy of a very different class —T.B. Macaulay⟩ NERVE and STEEL are likely to indicate an imparting or collecting of qualities of moral strength, resolution, and courage for some special occasion, accomplishment, task, or duty; they may differ in that STEEL may be stronger in indicating an inflexible resolution or utter insensibility to what would enervate or mollify ⟨this commercial opportunity *nerved* the Ottawas to an unaccustomed doing —Bernard De Voto⟩ ⟨*nerving* myself with the thought that if I got crushed by the fall I should probably escape a lingering and far more painful death, I dropped into the cloud of foliage —W.H.Hudson †1922⟩ ⟨the aspirant must school and *steel* himself to sniffs and sneers —H.L.Mencken⟩ ⟨it taught them to *steel* their wills, to discipline their habits, to work intensively —A.R.Williams⟩ **syn** see in addition FAVOR

**en·cour·age·ment** \-mənt\ *n* -s **1 :** the act or action of encouraging ⟨the government's ~ of new industries⟩ **2 :** the quality or state of being encouraged **3 :** something that encourages **:** INCENTIVE ⟨gifts of money and other ~*s*⟩

**en·cour·ag·er** \-jə(r)\ *n* -s **:** one that encourages

**encouraging** *adj* [fr. pres. part. of *encourage*] **:** giving hope or promise **:** INSPIRITING, FAVORING — **en·cour·ag·ing·ly** *adv*

**en·cra·tism** \'eŋkrə,tizəm, 'enk-\ *n* -s *usu cap* [*encratite* + *-ism*] **:** the doctrines or tenets of the Encratites

**en·cra·tite** \-,tīt\ *n* -s *usu cap* [LL *encratita*, fr. LGk *enkratitēs*, fr. Gk *enkratēs* self-disciplined (fr. *en* in + *-kratēs*, fr. *kratos* strength) + *-itēs* -ite — more at IN, HARD] **:** a member of certain 2d century ascetic sects that condemned sexual intercourse, clericalism, and the use of animal food and strong drink — compare APOSTOLICI

**en creux** \äⁿ 'krə̄, -rœ(·), *F* -krœ\ *adj* [F, lit., in the hollow] **:** being in intaglio **:** sunk below the surface ⟨an engraving *en creux*⟩

**en·cri·nal** \(')en¦krīnᵊl, (')eŋ¦-\ *adj* [NL *Encrinus* + E *-al*] **:** of, relating to, or made up of encrinites

**en·crin·ic** \(')en¦krinik, (')eŋ¦-\ *or* **en·cri·nit·al** \¦eŋkrə¦nīdᵊl, ¦enk-\ *adj* [*encrinic* fr. NL *Encrinus* + E *-ic*; *encrinital* fr. *encrinite* + *-al*] **:** ENCRINAL

**en·cri·nite** \'eŋkrə,nīt, 'enk-\ *n* -s [NL *encrinites*, fr. *Encrinus* + *-ites* -ite] **:** CRINOID; *esp* **:** a fossil crinoid (as one belonging to or like one belonging to the genus *Encrinus*) — **en·cri·nit·ic** \¦==¦nid·ik\ *or* **en·cri·nit·i·cal** \-d·əkəl\ *adj*

**en·cri·noid** \'eŋkrə,nȯid, 'enk-; en'krī,n-, eŋ'k-\ *adj* [NL *Encrinus* + E *-oid*] **:** ENCRINAL

**en·cri·nus** \en'krīnəs, eŋ'-\ *n* [NL, fr. ²*en-* + *-crinus* (fr. Gk *krinon* lily)] **1** *cap* **:** a genus (the type of the family Encrinidae) of extinct stalked crinoids whose remains are abundant in some Triassic formations (as in beds of limestone formed chiefly of fragments of their stalks) **2** *pl* **encri·ni** \-,nī\ **:** a crinoid of the genus *Encrinus*

¹**en·croach** \ən'krōch, en-\ *vi* -ED/-ING/-ES [ME *encrochen* to get, seize, fr. MF *encrochier* to seize, hang up, set aloft, fr. OF, fr. *en-* 'en- + *croc* hook, of Scand origin; akin to ON *krōkr* hook — more at CROOK] **1 :** to enter by gradual steps or by stealth into the possessions or rights of another **:** TRESPASS, INTRUDE — usu. used with *on* or *upon* ⟨~ on the territory of a neighboring country⟩ **2 :** to advance beyond desirable or normal limits **:** take undue liberties — usu. used with *on* or *upon* ⟨a governor ~*ing* upon the liberties of his people⟩ **syn** see TRESPASS

²**encroach** \"\ *n* -ES **:** ENCROACHMENT ⟨the ~ of fungi into crevices⟩

**en·croach·ment** \-mənt\ *n* -s [ME *encrochement*, fr. AF, fr. MF *encrochier* + *-ment*] **1 :** the act or action of encroaching ⟨the gradual ~ of the white people upon the Indian territories⟩ **2 :** an instance of encroaching (as the building of a structure in a public park or a fence that projects over a neighbor's land)

**en·crust** *also* **in·crust** \ən'krəst, en-\ *vb* [*encrust* prob. alter. (influenced by 'en-) of *incrust*, fr. L *incrustare*, fr. *in* + *crustare* to encrust, fr. *crusta* crust — more at CRUST] *vt* **1 :** to form a crust on the surface of **:** crust over ⟨the rust of ages ~*ed* the hull⟩ ⟨ice ~*ed* the edges of the pool⟩ **2 a :** COVER, OVERLAY ⟨~ a wall with marble⟩ ⟨~ glass with gold leaf⟩ **b :** to inlay esp. jewels into the surface of **3 :** to conceal or obscure as if with a layer or crust ⟨words that are so heavily ~*ed* with images and feelings that we forget that after all they are only words —J.C.Powys⟩ ~ *vi* **:** to form a crust ⟨salt had ~*ed* on the bottom of the kettle⟩

¹**en·crust·ant** *also* **in·crust·ant** \-stənt\ *adj* **:** forming a crust

²**encrustant** *also* **incrustant** \"\ *n* -s **:** something that forms a crust

**encrustation** *var of* INCRUSTATION

**en·crypt** \ən'kript, en-\ *vt* -ED/-ING/-S ['en- + *-crypt* (fr.

**2 :** one having a (specified) quality or being in a (specified) state ⟨His Excellency⟩ **3 :** instance of a (specified) quality or state ⟨repeated inadvertencies⟩

**ency** *or* **encyc** *abbr* encyclopedia

¹**en·cyc·li·cal** \ən'sikləkəl, en-, -lēk-\ *also* **en·cyc·lic** \-klik, -lēk\ *adj* [*encyclical* fr. LL *encyclicus* + E *-al*; *encyclic* fr. LL *encyclicus*, modif. (influenced by L *-icus* -ic) of Gk *enkyklios* circular, general, fr. *en* in + *kyklos* circle, wheel — more at IN, WHEEL] **:** sent to many persons or places **:** intended for many or for a whole order **:** GENERAL ⟨an ~ letter⟩

²**encyclical** \"\ *also* **encyclic** \"\ *n* -s **:** an encyclical letter (as sent by a bishop or high church official) that treats a matter of grave or timely importance and is intended for extensive circulation; *specif* **:** such a letter issued by a pope

**en·cy·clo·pe·dia** *also* **en·cy·clo·pae·dia** \ən,siklə'pēdēə, (,)en-, *in rapid speech sometimes* -dē *in some contexts, as in "Encyclopaedia Britannica"*\ *n* -s [ML *encyclopaedia* course of general education, fr. a supposed Gk *enkyklopaideia* (in MSS of the Roman rhetorician Quintilian), fr. Gk *enkyklios paideia* general education, fr. *enkyklios* general + *paideia* education, rearing of a child, fr. *paid-*, *pais* child — more at FOAL] **:** a work that treats comprehensively all the various branches of knowledge and that is usu. composed of individual articles arranged alphabetically; *also* **:** such a work treating only a particular branch of knowledge ⟨an ~ of agriculture⟩ ⟨an ~ of religion⟩

**en·cy·clo·pe·di·ast** *also* **en·cy·clo·pae·di·ast** \-dē,ast, -,əst\ *n* -s [*encyclopedia*, *encyclopaedia* + *-ast*] **:** ENCYCLOPEDIST

**en·cy·clo·pe·dic** *also* **en·cy·clo·pae·dic** \ən¦==¦pēdik, (¦)en-, -dēk\ *also* **en·cy·clo·pe·di·cal** *also* **en·cy·clo·pae·di·cal** \-dəkəl, -dēk-\ *adj* [*encyclopedia*, *encyclopaedia* + *-ic*, *-ical*] **:** of, relating to, resembling, or suggestive of an encyclopedia or its methods of treating or covering a subject: as **a :** embracing or informed in a wide range of subjects ⟨an ~ mind⟩ **b :** comprehensive in treatment or knowledge of a subject ⟨an ~ article on Egyptian religion⟩ — **en·cy·clo·pe·di·cal·ly** *also* **en·cy·clo·pae·di·cal·ly** \-dək(ə)lē, -dēk-, -li\ *adv*

**en·cy·clo·pe·dism** *also* **en·cy·clo·pae·dism** \=,==¦pē,dizəm\ *n* -s [*encyclopedia*, *encyclopaedia* + *-ism*] **1 :** possession of a wide range of knowledge **2** *often cap* **:** the writings, views, and influence on thought of the encyclopedists

**en·cy·clo·pe·dist** *also* **en·cy·clo·pae·dist** \-ēdəst\ *n* -s [*encyclopedia*, *encyclopaedia* + *-ist*] **1 :** one who compiles or assists in the compilation of an encyclopedia **2** [F *encyclopédiste*, fr. *encyclopédie* encyclopedia (fr. ML *encyclopaedia*) + *-iste* -ist] **a** *often cap* **:** one of the writers of the French *Encyclopédie ou Dictionnaire raisonné des Sciences, des Arts, et des Métiers* (1751–80) who were identified with the Enlightenment and advocated deism and scientific rationalism **b :** one who adheres to or displays affinities with 18th century rationalism

¹**en·cyr·tid** \ən'sərd·əd, (')en¦s-\ *adj* [NL *Encyrtidae*] **:** of or relating to the Encyrtidae

²**encyrtid** \"\ *n* -s **:** a fly of the family Encyrtidae

**en·cyr·ti·dae** \ən'sərd·ə,dē, en-\ *n pl, cap* [NL, fr. *Encyrtus*, type genus (fr. Gk *enkyrtos* curved, crooked, fr. *en* in + *kyrtos* convex, bulging) + *-idae*; akin to L *curvus* curved — more at IN, CROWN] **:** a large cosmopolitan family of small chalcid wasps parasitic in the eggs or later stages of many insects

**en·cyst** \ən'sist, en-\ *vb* -ED/-ING/-S ['en- + *cyst*, n.] *vt* **:** to enclose in or as if in a cyst or capsule ⟨an ~*ed* tumor⟩ ~ *vi* **:** to form or become enclosed in a cyst or capsule ⟨protozoans ~*ing* in order to resist desiccation⟩

**en·cys·ta·tion** \,en,si'stāshən, ən-\ *n* -s **:** ENCYSTMENT

**en·cyst·ment** \ən'sis(t)mənt, en-\ *n* -s **:** the process of forming a cyst or becoming enclosed in a capsule

¹**end** \'end\ *n* -s [ME *ende*, fr. OE; akin to OHG *enti* end, ON *endir*, Goth *andeis* end, L *ante* before, Gk *anti* against, Skt *anta* end, Hitt *hant* front] **1 a** (1) **:** the portion of an area or territory that lies at or by the termination and that often serves as a delimitation or boundary; *specif* **:** a section of a city not within the center portion ⟨the East *End* of London⟩ (2) **:** the extreme, ultimate, or most remote section or area ⟨a criminal hunted to the very ~*s* of the earth⟩ **b** (1) **:** a point that marks the extent of something **:** LIMIT ⟨no ~ of good things⟩ ⟨gifts without ~ showered upon the newcomers⟩ (2) **:** the point where something possessed of or exhibiting temporal progression ceases to exist ⟨the ~ of the fiscal year⟩ ⟨the ~ of a bullet's flight⟩ **c** (1) **:** a narrow, sharp, or pointed part of something longitudinal or slender ⟨the ~ of a pencil⟩ ⟨the ~*s* of a pole⟩ ⟨the dangerous ~ of a knife⟩ (2) **:** the extreme or last part lengthwise ⟨the ~ of a board⟩ ⟨~ of a garden⟩ ⟨~ of a rope⟩ ⟨the rear ~ of an automobile⟩ **d** (1) **:** the terminal unit of something spatial that is marked off by or exhibits a progression of units ⟨the ~ of a series⟩ (2) **:** the portion of a distillate (as from petroleum) at either extremity of its distillation range ⟨the light or low ~*s* are the most volatile portions⟩ (3) **:** END MAN (4) **:** a player stationed at the extremity of a line or team (as in football) **e** (1) **:** the heading of a barrel or the lid of a metal can or drum (2) **:** either half of a domino face (3) **:** either extremity of a cricket pitch ⟨batsmen changing ~*s* after a run⟩ **2 a :** cessation of a course of action, pursuit, or activity ⟨the ~ of a war⟩ ⟨working and never seeing the ~ in sight⟩ **b** (1) **:** termination of being **:** DEATH ⟨an opponent of taxation until his very ~⟩ (2) **:** the dissolution of structural or functional existence **:** DESTRUCTION, DEMOLITION ⟨a freighter that met its ~ in a hurricane⟩ **c** (1) **:** the ultimate state **:** final condition ⟨the ~ being utter oblivion⟩ (2) **:** the result of an activity **:** ISSUE ⟨the ~ of the matter being general agreement⟩ **d :** the complex of events, parts, or sections that forms an extremity, termination, or finish ⟨the frontal attacks that marked the ~ of the war⟩ **3 :** something incomplete, fragmentary, or undesirable